955 A.2d 347

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Albert SHIELDS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

955 A.2d 347

**Charles HAYNES, Petitioner**

v.

**Louis R. GIORLA, Lynne Abraham, First Judicial District of PA, et al., Respondents.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**